UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| HANGER SOLUTIONS, LLC,<br>    Plaintiff,<br><br>v.<br><br>SQUARESPACE, INC.,<br>    Defendant. | CIVIL ACTION NO. 1:21-cv-00774-LPS<br><br>**Chief Judge Leonard P. Stark** |

**JOINT STIPULATION AND REQUEST TO
EXTEND DEADLINE FOR FILING PROPOSED SCHEDULE**

Plaintiff HANGER SOLUTIONS, LLC ("Hanger") and Defendant SQUARESPACE, INC. ("Squarespace") hereby jointly stipulate and respectfully request an order granting a one-week extension to the deadline set for the Parties to file their proposed scheduling order in this matter, which is currently due on November 30, 2021, pursuant to the Court's November 16, 2021, Order (D.I. 15).  If granted, the new proposed deadline for filing the proposed scheduling order would be December 7, 2021.  This extension is not sought for the purposes of delay, but to give additional time for the parties to agree on a proposed schedule.

Dated: November 30, 2021

Respectfully submitted,

**Stamoulis & Weinblatt, LLC**

/s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street Third Floor
Wilmington, Delaware 19801
Telephone: (302) 999-1540
Email: stamoulis@swdelaw.com
Email: weinblatt@swdelaw.com

James F. McDonough, III (Bar No. 117088, GA)*
**ROZIER & HARDT PLLC**
712 W. 14th Street, Suite C
Austin, Texas 78701
Telephone: (470) 480-9505
Email: jim@rhmtrial.com

Jonathan R. Miller (Bar No. 507179, GA)*
Travis E. Lynch (Bar No. 162373, GA)*
**HENINGER GARRISON DAVIS, LLC**
3621Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0863, -0867
Facsimile: (205) 547-5506, -5515
Email: jmiller@hgdlawfirm.com
Email: tlynch@hgdlawfirm.com

**ATTORNEYS FOR PLAINTIFF** *Hanger Solutions, LLC*

* admitted *pro hac vice*

Dated: November 30, 2021               Respectfully submitted,

                                                    **FARNAN LLP**

*/s/ Michael J. Farnan\**
Sue L. Robinson (Bar No. 100658)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 777-0300  (Telephone)
(302) 777-0301 (Facsimile)
srobinson@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

James W. Dabney (admitted *pro hac vice*)
James R. Klaiber (admitted *pro hac vice*)
Lynn M. Russo (admitted *pro hac vice*)
Michael M. Polka (admitted *pro hac vice*)
Justin W. Taylor (admitted *pro hac vice*)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY  10004-1482
T: 212.837.6000
F: 212.422.4726
james.dabney@hugheshubbard.com
james.klaiber@hugheshubbard.com
lynn.russo@hugheshubbard.com
michael.polka@hugheshubbard.com
justin.taylor@hugheshubbard.com

**ATTORNEYS FOR DEFENDANT *Squarespace, Inc.***

\* e-signed with express permission

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was filed using this Court's ECF System which caused it to be served by electronic mail upon the attorneys of record.

Dated: <u>November 30, 2021</u>

<u>/s/ *Stamatios Stamoulis*</u>
Stamatios Stamoulis (#4606)